## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 22nd day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA HAND DELIVERY

Kevin J. Mangan, Esquire
*Monzack and Monaco, P.A.*
1201 North Orange Street, Suite 400
Wilmington, DE 19801

Mary E. Augustine (No. 4477)